(November 26, 1958)

■ JAMES R. O'CONNOR et al., v. CHARLES M. FERGANG et al.— Motion for a stay denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ ROSA L. PULLIAM, Respondent, v. BEN PULLIAM, JR., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ J. ARTHUR LEVE, as Ancillary Administrator, C. T. A., under the Will of DENIS P. S. C. DOYLE, Deceased, v. ADRIAN C. DOYLE.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

■ In the Matter of the Arbitration between TERMINAL AUXILIAR MARITIMA, S. A. and WINKLER CREDIT CORPORATION et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs, and the stay contained in the order to show cause, dated October 22, 1958, is vacated. Concur — Botein, P. J., M. M. Frank, McNally, Stevens and Bastow, JJ.

## FIRST DEPARTMENT, SEPTEMBER, 1958

(September 5, 1958) ■

■ In the Matter of ALWYN H. WILD, Appellant, against GRIER BARTOL et al., Respondents.— Appeal dismissed, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

## SECOND DEPARTMENT, NOVEMBER, 1958

(November 3, 1958)

■ ANNA ALESSI, Appellant, v. JOSEPH ALESSI, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.